People of the State of Illinois ex rel. Oscar Nelson, Auditor of the State of Illinois, v. Binga State Bank. Joseph Z. Willner, Appellant. Charles H. Albers, Receiver of Binga State Bank and William J. Warfield, Appellees.

Gen. No. 41,513.

opinion filed March 31, 1941. Harry A. Biossat, for appellant; James B. Cashin, for appellee William J. Warfield. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''